# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00273-CV

### O. J. I., Sr., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-002319, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant O. J. I., Sr. filed his notice of appeal on June 11, 2021. The appellate record was complete on June 23, 2021, making appellant's brief due on July 13, 2021. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Michael Ludvik to file appellant's brief no later than August 20, 2021. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on August 6, 2021.

Before Justices Goodwin, Baker, and Smith